**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*. | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| FERNANDO PEREZ-CORREA IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.; JOSE ANTONIO CAÑEDO-WHITE; CARLOS WILLIAMSON-NASI; GONZALO GIL-WHITE; AND MIGUEL ANGEL VILLEGAS-VARGAS | Adv. Pro. No. **19-01360** |
| Plaintiffs, | |
| -against- | |
| ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; GHL INVESTMENTS (EUROPE) LTD.; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100 | |
| Defendants. | |

## SUMMONS AND NOTICE OF
## PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court.  Please note, however, that no answer is due at this time.

07911-00001/11105480.1

| **Address of Clerk:** |
|---|
| Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004−1408 |

| **Name and Address of Plaintiff's Attorney:** |
|---|
| Gabriel F. Soledad<br>Juan P. Morillo (*pro hac vice*)<br>Derek L. Shaffer<br>Daniel Pulecio-Boek<br>**QUINN EMANUEL URQUHART & SULLIVAN**<br>**1300 I Street NW, Suite 900**<br>**Washington, D.C. 20005** |

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004−1408 | Room: Courtroom 623 (SCC)<br>One Bowling Green<br>New York, New York 10004−1408<br>Date and Time: **TBD** |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 10/01/2019                Vito Genna

                                *Clerk of the Court*

                                By:/s/ Carmen Ortiz

                                *Deputy Clerk*