**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*. | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| FERNANDO PEREZ-CORREA IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.; JOSE ANTONIO CAÑEDO-WHITE; CARLOS WILLIAMSON-NASI; GONZALO GIL-WHITE; AND MIGUEL ANGEL VILLEGAS-VARGAS | Adv. Pro. No. 19-01360 |
| Plaintiffs, | |
| -against- | |
| ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; GHL INVESTMENTS (EUROPE) LTD.; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100 | |
| Defendants. | |

## STIPULATED SERVICE AND SCHEDULING ORDER

**WHEREAS** the Plaintiffs, Fernando Perez-Correa, in his capacity as Foreign Representative of both Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. and Perforadora Oro Negro, S. de R.L. de C.V., Jose Antonio Cañedo-White, Carlos Williamson-Nasi,

Gonzalo Gil-White and Miguel Angel Villegas-Vargas (together, the "Plaintiffs"), filed the above-captioned lawsuit on September 26, 2019; and

**WHEREAS,** on September 30, 2019 and October 1, 2019, the Defendants in this matter agreed to accept service of the Complaint [ECF 1] subject to the reservation of rights contained herein; and

**WHEREAS**, on October 1, 2019 the Defendants and the Plaintiffs agreed to a schedule for the filing of responsive pleadings in this matter.

Based on the foregoing, it is hereby **STIPULATED, AGREED AND ORDERED AS FOLLOWS**:

1. The Defendants have been served with the Complaint and Summons as of October 1, 2019. The Defendants preserve all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, and waive only objections to service.

2. The Defendants shall answer or otherwise move to dismiss the Complaint by October 31, 2019.

3. The Plaintiffs shall file responses to any motions to dismiss the Complaint by December 2, 2019.

4. The Defendants shall file any replies in support of any motions to dismiss the Complaint by December 17, 2019.

5. The Defendants do not consent or submit to this Court's jurisdiction over them and such Defendants' rights and defenses are explicitly reserved.

*[signature pages follow]*

Dated: October 11, 2019           QUINN EMANUEL URQUHART &
       New York, New York              SULLIVAN, LLP

                                               /s/  *Gabriel F. Soledad*
                                               Gabriel F. Soledad
                                               Juan P. Morillo (*pro hac vice*)
                                               Daniel Pulecio-Boek
                                               1300 I Street, NW, Suite 900
                                               Washington, D.C. 20005
                                               Telephone:  (202) 538-8000
                                               Facsimile:  (202) 538-8100
                                               Email:  gabrielsoledad@quinnemanuel.com
                                               Email:  juanmorillo@quinnemanuel.com
                                               Email:  danielpulecioboek@quinnemanuel.com

                                               Scott C. Shelley
                                               51 Madison Avenue, 22nd Floor
                                               New York, NY 10010
                                               Telephone:  212-849-7000
                                               Facsimile:  212-849-7100
                                               Email: scottshelley@quinnemanuel.com

                                               Eric Winston (*pro hac vice*)
                                               865 South Figueroa Street, 10th Floor
                                               Los Angeles, California 90017
                                               Telephone:  (213) 443-3000
                                               Facsimile:  (213) 443-3100
                                               Email:  ericwinston@quinnemanuel.com

                                               *Attorneys for the Plaintiffs*

| | |
|---|---|
| Dated: October 11, 2019<br>New York, New York | PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br><br>  /s/ *Andrew N. Rosenberg*              .<br>Andrew N. Rosenberg<br>Aidan Synnott<br>William A. Clareman<br>Claudia R. Tobler<br>Christopher Hopkins<br>Crystal Johnson<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990<br>Email:  arosenberg@paulweiss.com<br>Email:  asynott@paulweiss.com<br>Email:  wclareman@paulweiss.com<br>Email:  ctobler@paulweiss.com<br>Email:  chopkins@paulweiss.com<br>Email:  cjohnson@paulweiss.com<br><br>*Attorneys for Asia Research and Capital Management Ltd.; GHL Investments (Europe) Ltd.; and Ship Finance International Ltd.* |

|  |  |
|---|---|
| Dated: October 11, 2019<br>New York, New York | DECHERT LLP<br><br>By: */s/ Allan S. Brilliant*<br>  Allan S. Brilliant<br>  Shmuel Vasser<br>  David A. Kotler<br>  Yehuda Goor<br>  1095 Avenue of the Americas<br>  New York, NY  10036-6797<br>  david.kotler@dechert.com<br>  allan.brilliant@dechert.com<br>  shmuel.vasser@dechert.com<br>  yehuda.goor@dechert.com<br>  Tel:  (212) 698-3500<br>  Fax: (212) 698-3599<br><br>*Attorneys for Oro Negro Primus Pte. Ltd.; Oro Negro Laurus Pte. Ltd.; Oro Negro Fortius Pte. Ltd.; Oro Negro Decus Pte. Ltd.; and Oro Negro Impetus Pte. Ltd.* |

ENTERED this 11th day of October, 2019.

    SO ORDERED

    /S/ Shelley C. Chapman
    THE HONORABLE SHELLEY C. CHAPMAN
    UNITED STATES BANKRUPTCY JUDGE