**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.*, | ) | Case No. 18-11094 (SCC) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| FERNANDO PEREZ-CORREA IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.*, | ) | Adv. Pro. No. 19-01360 (SCC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ASIA RESEARCH AND CAPITAL MANAGEMENT LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER GRANTING SINGAPORE RIG OWNERS' MOTION TO DISMISS

**WHEREAS**, the Plaintiffs, Fernando Perez-Correa, in his capacity as Foreign Representative of both Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. and Perforadora Oro Negro, S. de R.L. de C.V., Jose Antonio Cañedo-White, Carlos Williamson-Nasi, Gonzalo Gil-White and Miguel Angel Villegas-Vargas (together, the "**Plaintiffs**") commenced this adversary proceeding against, among others, Defendants Oro Negro Primus, Oro Negro Laurus, Oro Negro Fortius, Oro Negro Decus, and Oro Negro

26206105.1

Impetus (together, the "**Singapore Rig Owners**") by filing a complaint on September 26, 2019 (the "**Complaint**");

**WHEREAS**, On October 31, 2019, the Singapore Rig Owners filed a motion to dismiss the Complaint and a memorandum of law in support thereof (the "**Motion to Dismiss**");

**WHEREAS**, the Plaintiffs filed pleadings in opposition to the Motion to Dismiss and the Singapore Rig Owners filed a reply in further support of the Motion to Dismiss, and

**WHEREAS**, the Court considered all pleadings, objections and replies filed in respect of the Motion to Dismiss, and held a hearing on the Motion to Dismiss on [DATE];

And upon all pleadings, arguments of counsel and the record of the hearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is granted in all respects.

2. The Complaint as against the Singapore Rig Owners shall be and hereby is dismissed with prejudice.

Dated: New York, New York
       [DATE]

_____
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE