**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*.<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |
| FERNANDO PEREZ-CORREA IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.; JOSE ANTONIO CAÑEDO-WHITE; CARLOS WILLIAMSON-NASI; GONZALO GILWHITE; AND MIGUEL ANGEL VILLEGAS-VARGAS<br><br>Plaintiff,<br><br>-against-<br><br>ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; GHL INVESTMENTS (EUROPE) LTD.; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100<br><br>Defendants. | Adv. Pro. No. 19-01360(SCC) |

**DECLARATION OF WILLIAM A. CLAREMAN**
**IN SUPPORT OF BONDHOLDER DEFENDANTS'**
<u>**MOTION TO DISMISS THE COMPLAINT**</u>

I, William A. Clareman, declare and state as follows:

    1.    I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("<u>Paul, Weiss</u>"), an international law firm with its principal offices at 1285

1

Avenue of the Americas, New York, New York 10019, counsel for Asia Research and Capital Management Ltd. ("ARCM"), GHL Investments (Europe) Ltd. ("GHL"), and Ship Finance International Ltd. ("SFIL") (collectively, the "Bondholder Defendants") in the above-captioned case.

2. I respectfully submit this declaration ("Declaration") in support of the *Bondholder Defendants' Motion to Dismiss the Complaint* (the "Motion to Dismiss") filed substantially contemporaneously herewith.[1]

3. Attached as Exhibit 1 is a true and correct copy of the Amended and Restated Bond Agreement between Oro Negro Drilling Pte. Ltd., as Issuer, and Nordic Trustee ASA, as Bond Trustee on behalf of the holders of the 7.50% Oro Negro Drilling Pte. Ltd. Senior Secured Bond Issue 2014/2019 (the "Amended Bond Agreement").

4. Attached as Exhibit 2 is a true and correct copy of the sworn affidavit of Alonso Del Val Echeverria, submitted as a plea bargain request to Mexican prosecutors as dated on August 22, 2019, and attached as Exhibit 2-T is a certified translation of the same.

5. Attached as Exhibit 3 is a true and correct copy of an interview given by Alonso Del Val Echeverria to the Mexican authorities, and attached as Exhibit 3-T is a certified translation of the same.

I certify under penalty of perjury that the foregoing is true and correct.

---

[1] Capitalized terms not defined herein have the definition set forth in the Motion to Dismiss.

|  |  |
|---|---|
| Dated:  October 31, 2019<br>New York, New York |   /s/ *William A. Clareman*<br>William A. Clareman<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>wclareman@paulweiss.com |