# Exhibit 3



11

**FISCALÍA CENTRAL DE INVESTIGACIÓN PARA LA ATENCIÓN DE DELITOS FINANCIEROS.**
**AGENCIA INVESTIGADORA DEL M.P.: C**
**UNIDAD DE INVESTIGACIÓN No.: 6 SIN DETENIDO**
**TURNO**
**CARPETA DE INVESTIGACIÓN No.:**
**CI-FDF/T/UI-1 S/D/00787/09-2018.**
**FRAUDE ( MÁS DE 10,000 SALARIOS MÍNIMOS) - POR MEDIO DEL ENGAÑO O APROVECHANDO EL ERROR SE HAGA ILÍCITAMENTE DE ALGUNA COSA O OBTENGA UN LUCRO INDEBIDO EN BENEFICIO PROPIO O DE UN TERCERO**

**DIRECTA**
----

ENTREVISTA DEL IMPUTADO **ALONSO DEL VAL ECHEVERRÍA**.- En la Ciudad de México, siendo las 18:06 DIECIOCHO HORAS CON SEIS MINUTOS del día 03 del mes de SEPTIEMBRE del año 2019, el suscrito Agente del Ministerio Público adscrito a la Fiscalía INVESTIGACIÓN PARA LA ATENCIÓN DE DELITOS FINANCIEROS, procede a registrar el siguiente acto de investigación consistente en entrevista del IMPUTADO de conformidad con lo dispuesto en los artículos 20 Apartado B, 21 de la Constitución Política de los Estados Unidos Mexicanos, 113, 114, 115, 116, 127, 131 fracción XXIV y 217 del Código Nacional de Procedimientos Penales: estando presente en esta oficina el IMPUTADO que dijo llamarse **ALONSO DEL VAL ECHEVERRÍA**, por sus generales manifestó llamarse como ha quedado escrito, y quien en este acto se identifica con LICENCIA PARA CONDUCIR, expedida por la SEECRETARÍA DE TRANSPORTE Y VIALIDAD, con número de folio N04419758, ser de sexo MASCULINO, tener 41 años de edad, estado civil CASADO, instrucción LICENCIATURA, ocupación ABOGADO, originario de CIUDAD DE MEXICO, NO APLICA NO APLICA, nacionalidad MEXICANA, con domicilio actual en JULIÁN ADAME NÚMERO 91, DEPARTAMENTO PJ1, COLONIA EL MOLINO, ALCALDÍA CUAJIMALPA, CÓDIGO POSTAL 05240, EN LA CIUDAD DE MÉXICO, teléfono 5541817188, correo alonso_5@hotmail.com, asistido de su DEFENSOR PARTICULAR de nombre FERNANDO REYGADAS ANFOSSI, licenciado en derecho o abogado titulado, quien se identifica con cédula profesional número 2324424, y toda vez que tiene conocimiento de los hechos que se le imputan, mismos que denuncia el DENUNCIANTE RICARDO CONTRERAS GOMEZ, y al respecto MANIFIESTA que: DE MANERA VOLUNTARIA SE IDENTIFICA CON LICENCIA PARA CONDUCIR, expedida por la SEECRETARÍA DE TRANSPORTE Y VIALIDAD, con número de folio N04419758, Y SE ENCUENTRA ASISTIDO EN ESTE ACTO POR SU DEFENSOR PARTICULAR, LICENCIADO FERNANDO REYGADAS ANFOSSI, QUIEN SE IDENTIFICA CON CÉDULA PROFESIONAL NÚMERO 2324424, QUIENES SOLICITAN VOLUNTARIAMENTE; POR LO QUE, EN RELACIÓN A LOS HECHOS QUE SE INVESTIGAN, Y ENTERADO DE LA IMPUTACIÓN QUE OBRA EN SU CONTRA POR LOS DELITOS DE ADMINISTRACIÓN FRAUDULENTA Y ABUSO DE CONFIANZA, QUE FORMULA EL DENUNCIANTE RICARDO CONTRERAS GÓMEZ, APODERADO



GOBIERNO DE LA
CIUDAD DE MÉXICO

**12**

**FISCALÍA CENTRAL DE INVESTIGACIÓN PARA LA ATENCIÓN DE DELITOS FINANCIEROS.**
AGENCIA INVESTIGADORA DEL M.P.: C
UNIDAD DE INVESTIGACIÓN No.: 6 SIN DETENIDO
TURNO
CARPETA DE INVESTIGACIÓN No.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
 FRAUDE ( MÁS DE 10,000 SALARIOS MÍNIMOS) - POR MEDIO DEL ENGAÑO O APROVECHANDO EL ERROR SE HAGA ILÍCITAMENTE DE ALGUNA COSA O OBTENGA UN LUCRO INDEBIDO EN BENEFICIO PROPIO O DE UN TERCERO

DIRECTA
----

LEGAL DE "ORO NEGRO PRIMUS", PTE. LTD., "ORO NEGRO LAURUS", PTE. LTD., "ORO NEGRO FORTIUS", PTE. LTD., "ORO NEGRO DECUS", PTE. LTD. Y "ORO NEGRO IMPETUS", PTE. LTD., DE LOS HECHOS QUE LA SUSTENTAN, Y DESPUÉS DE REFERIR QUE YA CUENTA CON COPIA DE LOS REGISTROS DE LA INVESTIGACIÓN POR HABERSELOS PROPORCIONADO SU DEFENSOR PARTICULAR, INDICA QUE:

"Toda vez que solicité la aplicación y aprobación de un criterio de oportunidad por parte de la Fiscalía, mediante escrito recibido el día 22 veintidós de agosto de 2019 dos mil diecinueve, y que en ese momento aún no tenía acceso a los registros de la investigación, pero antes de la audiencia del día 01 uno de septiembre de 2019 dos mil diecinueve, tuve acceso a ellos a través de mi abogado defensor particular, en este acto ratifico en cada una de sus partes mi escrito sin fecha presentado en la Fiscalía Central de Investigación para la Atención de Delitos Financieros, reconociendo como mías las firmas que obran al margen derecho de cada una de las fojas y al calce de la última, por haber sido estampadas de mi puño y letra y ser las que utilizo en todos mis actos, en el que también estampé la huella digital de mi pulgar derecho en cada una de sus fojas, y en adición a lo ya manifestado previamente en mi escrito presentado antes ratificado, le informo que cuento con información esencial y eficaz para la persecución de delitos más graves de los que se me imputan, como utilización de recursos para fines distintos para los que fue solicitado al Fideicomiso, además tengo conocimiento e información de que la empresa PERFORADORA ORO NEGRO S. de R.L. de C.V., dentro del concurso mercantil 345/2017 del índice del Juzgado Segundo de Distrito en Materia Civil en la Ciudad de México, en noviembre del año pasado, solicitó un monto cercano a los 250 millones de pesos del patrimonio del Fideicomiso para pagar el Impuesto al Valor Agregado que se adeudaba al Fisco Federal; sin embargo, por instrucciones de **GONZALO GIL WHITE**, dichos recursos no fueron pagados en su totalidad a la autoridad hacendaria sino dispuestos para otros fines. Por lo anterior, queda demostrada mi voluntad de coadyuvar con la Procuraduría con la información eficiente y eficaz con la que cuento para la persecución de uno o más delitos más graves en el que

10 de 20





GOBIERNO DE LA
CIUDAD DE MÉXICO

**13**

FISCALÍA CENTRAL DE INVESTIGACIÓN PARA LA ATENCIÓN DE DELITOS FINANCIEROS.
AGENCIA INVESTIGADORA DEL M.P.: C
UNIDAD DE INVESTIGACIÓN No.: 6 SIN DETENIDO
TURNO
CARPETA DE INVESTIGACIÓN No.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUDE ( MÁS DE 10,000 SALARIOS MÍNIMOS) - POR MEDIO DEL ENGAÑO O APROVECHANDO EL ERROR SE HAGA ILÍCITAMENTE DE ALGUNA COSA O OBTENGA UN LUCRO INDEBIDO EN BENEFICIO PROPIO O DE UN TERCERO

DIRECTA
----

podría estar implicado el director general de ORO NEGRO, **GONZALO GIL WHITE**, en el que se encuentra la persona moral PERFORADORA ORO NEGRO S. de R.L. de C.V., en agravio del fisco federal, y del patrimonio "ORO NEGRO PRIMUS", PTE. LTD., "ORO NEGRO LAURUS", PTE. LTD., "ORO NEGRO FORTIUS", PTE. LTD., "ORO NEGRO DECUS", PTE. LTD. Y "ORO NEGRO IMPETUS", PTE. LTD., es por ello, que en este acto me comprometo a presentarme y coadyuvar con las autoridades competentes tantas veces como me sea requerido para aportar los datos con los que cuente. En esas condiciones, ésta representación puede realizarme las preguntas que estime necesarias para aclarar lo ya manifestado". Por lo que el personal actuante procede a realizar preguntas al entrevistado, que son del tenor siguiente:------------------------------------

**A LA PRIMERA.** En relación a lo manifestado en la foja número 6 seis, tercer párrafo de su declaración por escrito, que diga de qué manera Oro Negro aceptó la reducción y ajuste de las tarifas que según refiere se acordó en $116,300.00 ciento dieciséis mil dólares 00/100 Moneda de los Estados Unidos de América, diarios por plataforma en agosto de 2017 dos mil diecisiete. **RESPUESTA.-** "El Señor **GONZALO GIL WHITE**, aceptó dicha cantidad en una reunión en PEMEX el 9 nueve de agosto de 2017 dos mil diecisiete, en la que estaban GONZALO GIL WHITE, MIGUEL ÁNGEL VILLEGAS VARGAS y yo, y por parte de PEMEX, los señores MIGUEL ÁNGEL SERVÍN DIAGO, CARLOS A. TREVIÑO MEDINA Y MIGUEL A. LUGO VALDEZ, sin embargo, como ya lo manifesté en mi escrito GONZALO GIL WHITE, recomendó al consejo solicitar el concurso mercantil de PERFORADORA ORO NEGRO S. de R.L. de C.V. sin previo aviso a PEMEX ni a los acreedores del grupo Oro Negro para no pagarles a sus acreedores, y seguir cobrando la renta a PEMEX durante el tiempo que durara la medida cautelar que se solicitara en el concurso, y que con posterioridad fue decretada. Para demostrar las negociaciones con PEMEX por parte de Oro Negro y la aceptación de la propuesta de PEMEX, exhibo: 1. Copia simple de la propuesta enviada por PEMEX a PERFORADORA ORO NEGRO S. de R.L. de C.V. de fecha 6 seis de julio de 2017 dos mil diecisiete, suscrita por el ingeniero Arturo Alfredo Musalem Solís, Gerente de Contrataciones para Servicios a la Explotación y Perforación, Coordinador del Grupo de Trabajo de Negociaciones de PEMEX, y recibida por mi

11 de 20





GOBIERNO DE LA
CIUDAD DE MÉXICO

**14**

FISCALÍA CENTRAL DE INVESTIGACIÓN PARA LA ATENCIÓN DE DELITOS FINANCIEROS.
AGENCIA INVESTIGADORA DEL M.P.: C
UNIDAD DE INVESTIGACIÓN No.: 6 SIN DETENIDO
TURNO
CARPETA DE INVESTIGACIÓN No.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUDE ( MÁS DE 10,000 SALARIOS MÍNIMOS) POR MEDIO DEL ENGAÑO O APROVECHANDO EL ERROR SE HAGA ILÍCITAMENTE DE ALGUNA COSA O OBTENGA UN LUCRO INDEBIDO EN BENEFICIO PROPIO O DE UN TERCERO

DIRECTA
----

como representante legal de PERFORADORA ORO NEGRO S. de R.L. de C.V., aclarando que el original de dicho documento se quedó en las oficinas de PERFORADORA ORO NEGRO S. de R.L. de C.V., sin embargo el acuse de recibo original del mismo debe encontrarse en los archivos de PEMEX; **2.** Copia simple del escrito en 2 dos fojas, de fecha 11 once de agosto de 2017 dos mil diecisiete, suscrito por el de la voz en representación de PERFORADORA ORO NEGRO S. de R.L. de C.V., mediante el cual fue aceptada la propuesta presentada por PEMEX; aclarando que el acuse d recibo original de dicho documento se quedó en las oficinas de PERFORADORA ORO NEGRO S. de R.L. de C.V., pero el original de dicho documento se debe de encontrar en los archivos de PEMEX; y **3.** Copia simple del oficio DCAS-DOPA-CPAEP-GCSEP-479-2017 de fecha 20 veinte de septiembre de 2017 dos mil diecisiete, suscrito por el ingeniero Arturo Alfredo Musalem Solís, Gerente de Contrataciones para Servicios a la Explotación y Perforación de PEMEX, mediante el cual se enviaron a PERFORADORA ORO NEGRO S. de R.L. de C.V. los convenios producto de las negociaciones realizadas por las partes; aclarando que el original de dicho documento se quedó en las oficinas de PERFORADORA ORO NEGRO S. de R.L. de C.V., sin embargo el acuse de recibo original del mismo debe encontrarse en los archivos de PEMEX". **A LA SEGUNDA.** En relación con el último párrafo de la foja número 07 siete de su declaración, qué personas sabían que al solicitar el concurso mercantil que refiere, perderían la autorización legal para continuar administrando los bienes de las empresas que refiere. **RESPUESTA:** Me refiero a los señores GONZALO GIL WHITE y JOSÉ ANTONIO CAÑEDO WHITE. **A LA TERCERA.-** En relación a lo manifestado en el segundo párrafo de la foja 8 ocho de su declaración, respecto a la estrategia de defensa que señala se estableció con la información que se obtuvo a través de Declaraciones Informativas de Operaciones con Terceros, que diga, si este hecho lo conocían también los abogados de Nueva York y si participaron en dicha estrategia de defensa **RESPUESTA.-** Sí lo conocían algunos de los abogados del despacho QUINN EMANUEL URQUHUART & SULLIVAN, LLP. y entiendo han utilizado dicha estrategia de defensa, al argumentar que eran pruebas falsas o fabricadas. **A LA CUARTA.-** En relación con lo manifestado en el primer párrafo

12 de 20



 

GOBIERNO DE LA
CIUDAD DE MÉXICO

**15**

FISCALÍA CENTRAL DE INVESTIGACIÓN PARA LA ATENCIÓN DE DELITOS FINANCIEROS.
AGENCIA INVESTIGADORA DEL M.P.: C
UNIDAD DE INVESTIGACIÓN No.: 6 SIN DETENIDO
TURNO
CARPETA DE INVESTIGACIÓN No.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUDE ( MÁS DE 10,000 SALARIOS MÍNIMOS) - POR MEDIO DEL ENGAÑO O APROVECHANDO EL ERROR SE HAGA ILÍCITAMENTE DE ALGUNA COSA O OBTENGA UN LUCRO INDEBIDO EN BENEFICIO PROPIO O DE UN TERCERO

DIRECTA
----

de la foja 7 siete de su declaración, que diga si durante el tiempo que estuvo trabajando para el GRUPO ORO NEGRO, bajo la dirección de GONZALO GIL WHITE, tuvo conocimiento directo de algún dato, información o indicio de que algún funcionario de PEMEX o del gobierno mexicano ya sea federal o local, incluidos Agentes del Ministerio Público, Jueces o cualquier otro funcionario, se hayan coludido en algún momento con los acreedores del GRUPO ORO NEGRO para perjudicar directa o indirectamente el negocio de las plataformas de petróleo. RESPUESTA.- No. A LA QUINTA. ¿Qué diga si en algún momento tuvo o ha tenido conocimiento directo de algún acto de corrupción o soborno realizado por parte de autoridades mexicanas y/o por los despachos de abogados que representan a los acreedores de Oro Negro? RESPUESTA.- No, nunca. A LA SEXTA. En relación a la manifestación hecha al principio de la entrevista, cuando señaló que cuenta con información respecto de la utilización de recursos para fines distintos para los que fue solicitado al Fideicomiso, a qué hechos se refiere. RESPUESTA.- Tengo conocimiento, por el cargo que detentaba como Director Jurídico de PERFORADORA ORO NEGRO S. de R.L. de C.V., que dentro del concurso mercantil 345/2017 del índice del Juzgado Segundo de Distrito en Materia Civil en la Ciudad de México, en noviembre del año pasado dicha empresa solicito un monto cercano a los $250,000,000.00 doscientos cincuenta millones de pesos 00/100 Moneda Nacional, de las cuentas del fideicomiso para pagar el Impuesto al Valor Agregado que se adeudaba. Sin embargo, por instrucciones de GONZALO GIL WHITE, dichos recursos no fueron utilizados para ser pagados al fisco federal sino dispuestos para otros fines. A LA SÉPTIMA. En relación con la respuesta anterior, qué diga si sabe para qué concepto PERFORADORA ORO NEGRO S. de R.L. de C.V., pidió dentro del concurso mercantil 345/2018 del índice del Juzgado Segundo de Distrito en Materia Civil en la Ciudad de México, le fueran entregados recursos del Fideicomiso por la cantidad cercana a los $250,000,000.00 doscientos cincuenta millones de pesos 00/100 Moneda Nacional en noviembre de 2018 dos mil dieciocho? RESPUESTA. Tengo conocimiento que PERFORADORA ORO NEGRO S. de R.L. de C.V., dentro del concurso mercantil 345/2017 del índice del Juzgado Segundo de Distrito en Materia Civil en la

13 de 20



 

GOBIERNO DE LA
CIUDAD DE MÉXICO

**16**

FISCALÍA CENTRAL DE INVESTIGACIÓN PARA LA ATENCIÓN DE DELITOS FINANCIEROS.
AGENCIA INVESTIGADORA DEL M.P.: C
UNIDAD DE INVESTIGACIÓN No.: 6 SIN DETENIDO
TURNO
CARPETA DE INVESTIGACIÓN No.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
 FRAUDE ( MÁS DE 10,000 SALARIOS MÍNIMOS) - POR MEDIO DEL ENGAÑO O
APROVECHANDO EL ERROR SE HAGA ILÍCITAMENTE DE ALGUNA COSA O OBTENGA UN LUCRO
INDEBIDO EN BENEFICIO PROPIO O DE UN TERCERO

DIRECTA
----


Ciudad de México, en noviembre del año pasado solicitó un monto cercano a los 250 millones de pesos de las cuentas del fideicomiso para pagar el Impuesto al Valor Agregado que se adeudaba. Sin embargo, por instrucciones de **GONZALO GIL WHITE**, dichos recursos no fueron utilizados para ser pagados al fisco federal sino dispuestos para otros fines, de lo que tengo conocimiento por la el cargo de Director Jurídico que tenía dentro de PERFORADORA ORO NEGRO S. de R.L. de C.V. **A LA OCTAVA.** ¿Que diga si sabe a dónde se fueron los recursos que le fueron entregados a PERFORADORA ORO NEGRO S. de R.L. de C.V., a los que ha hecho mención en sus dos respuestas anteriores? **RESPUESTA.** A una cuenta de PERFORADORA ORO NEGRO S. de R.L. de C.V., en Estados Unidos de América, al parecer del US BANK. **A LA NOVENA.** ¿Que diga si sabe, si existían recursos en las cuentas de ORO NEGRO DRILLING PTE. LTD., al momento en que se actualizó el evento de incumplimiento? **RESPUESTA.** Sí, se que habían aproximadamente $19,000,000.00 diecinueve millones de dólares 00/100 Moneda de los Estados Unidos de América, en las cuentas, derivado de mi cargo como Director Jurídico del GRUPO ORO NEGRO. **A LA NOVENA.** ¿Que diga si sabe a dónde fue enviado el dinero de las cuentas de ORO NEGRO DRILLING PTE. LTD, después de la actualización del evento de incumplimiento y por instrucciones de quién? **RESPUESTA.** A una cuenta de PERFORADORA ORO NEGRO S. de R.L. de C.V. por órdenes de **GONZALO GIL WHITE**, probablemente a una cuenta en México, debido a que por esas fechas, no recuerdo que hubiera cuentas en el extranjero de PERFORADORA ORO NEGRO S. de R.L. de C.V. Por último es mi deseo manifestar que NO tengo conocimiento directo sobre la existencia de actos de corrupción entre otros competidores de ORO NEGRO y PEMEX para desplazar del mercado a ORO NEGRO o afectar los contratos que ésta tenía con dicha empresa productiva del estado, lo cual entiendo sirvió de base para la demanda de los accionistas americanos de la empresa en términos del Tratado de Libre Comercio, porque como lo he señalado tenía el cargo de Director Jurídico del GRUPO ORO NEGRO. Sin omitir mencionar que por lo que respecta a la reparación del daño para ser favorecido de un criterio de oportunidad la misma ya fue reparada a las ofendidas. SIENDO TODO LO QUE DESEO MANIFESTAR".---------------
--------------------------------------------------------------

14 de 20



  GOBIERNO DE LA
CIUDAD DE MÉXICO

17

FISCALÍA CENTRAL DE INVESTIGACIÓN PARA LA ATENCIÓN DE DELITOS FINANCIEROS.
AGENCIA INVESTIGADORA DEL M.P.: C
UNIDAD DE INVESTIGACIÓN No.: 6 SIN DETENIDO
TURNO
CARPETA DE INVESTIGACIÓN No.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
 FRAUDE ( MÁS DE 10,000 SALARIOS MÍNIMOS) - POR MEDIO DEL ENGAÑO O APROVECHANDO EL ERROR SE HAGA ILÍCITAMENTE DE ALGUNA COSA O OBTENGA UN LUCRO INDEBIDO EN BENEFICIO PROPIO O DE UN TERCERO

DIRECTA
----

Que es todo lo que desea manifestar. Con fundamento en el artículo 1 de la Constitución Política de los Estados Unidos Mexicanos; . y 15 del Código Nacional de Procedimientos Penales, manifiesta que NO es su deseo dar respuesta a preguntas estadísticas, por lo cual señala que NO CONTESTO fuma tabaco comercial, que NO CONTESTO ingiere bebidas alcohólicas, que NO CONTESTO, consume drogas o algún enervante, que NO CONTESTO tiene apodo, NO CONTESTÓ, que NO CONTESTO tiene tatuajes, NO CONTESTÓ, que percibe mensualmente la cantidad de NO CONTESTÓ, que dependen económicamente de él ESPOSA Y TRES HIJOS; finalmente expresa que la presente manifestación la rindió sin ninguna presión física ni moral y en presencia de su defensor, lo que previa lectura de su dicho, EL IMPUTADO FIRMA AL MARGEN DE LA HOJA


Agente del Ministerio Público.

LIC. ANDRÉS MAXIMINO PÉREZ HICKS.

15 de 20

