# Exhibit 3-T

GOVERNMENT OF MEXICO CITY

11

CENTRAL PROSECUTOR´S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES.
INVESTIGATION AGENCY OF THE PROSECUTOR'S OFFICE: C
INVESTIGATION UNIT NO.: 6 NO ARRESTS
SHIFT
INVESTIGATION DOSSIER NO.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUD (MORE THAN 10,000 MINIMUM WAGES) - THROUGH DECEIT OR THE USE OF TREACHERY AN ILLICIT THING OR UNLAWFUL PROFIT IS OBTAINED ON THEIR OWN BENEFIT OR THAT OF A THIRD PARTY

DIRECT
----
REGARDING THE ACCUSED ALONSO DEL VAL ECHEVERRÍA.- In Mexico City, at 6:06 PM SIX SIX PM of the 3rd day of SEPTEMBER of the year 2019, the undersigned Public Prosecutor, member of the Prosecutor's Office for the INVESTIGATION OF FINANCIAL CRIMES, records the following act of investigation consisting of an interview of the ACCUSED in accordance with the provisions of articles 20 Section 8, 21 of the Political Constitution of the United Mexican States, 113, 114, 115, 116, 127, 131 Section XXIV and 217 of the National Code of Criminal Procedures: being the ACCUSED present in this office he declared that he goes by the name of ALONSO DEL VAL ECHEVERRÍA, and identified with a DRIVING LICENSE, issued by the SECRETARIAT OF TRANSPORTATION AND ROADS, with folio number N04419758, MALE, 41 years old, MARRIED, with a degree, ATTORNEY as occupation, native from MEXICO CITY, NOT APPLICABLE, NOT APPLICABLE, MEXICAN citizen, domiciled at JULI ADAME NUMBER 91, APARTMENT PJ1, COLONIA EL MOLINO, ALCALDÍA CUAJIMALPA ZIP CODE 05240, IN MEXICO CITY, telephone 5541817188, email alonso_5@hotmail.com, assisted by his DEFENSE LAWYER FERNANDO REYGADAS ANFOSSI, with a degree in law or qualified lawyer, who identifies with professional identification number 2324424, and being aware of the acts of which he is accused, in the lawsuit made by the COMPLAINANT RICARDO CONTRERAS GOMEZ, and in this regard he DECLARES: THAT HE VOLUNTARILY IDENTIFIES WITH A DRIVING LICENSE, issued by the SECRETARIAT OF TRANSPORTATION AND ROADS, with folio number N04419758, AND ASSISTED BY HIS DEFENSE LAWYER FERNANDO REYGADAS ANFOSSI, who identifies with professional identification number 2324424; NOW, REGARDING THE ACTS UNDER INVESTIGATION, AND AWARE OF THE ACCUSATION AGAINST HIM FOR THE CRIMES OF FRAUDULENT MANAGEMENT AND EMBEZZLEMENT-AS CLAIMED BY RICARDO CONTRERAS GÓMEZ, ATTORNEY-IN-FACT

[Signature]

[Signature]







[Seal that reads:
PROSECUTOR'S GENERAL OFFICE OF THE FEDERAL DISTRICT
CENTRAL PROSECUTOR´S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES
INVESTIGATION UNIT 6]

11 of 20

GOVERNMENT OF MEXICO CITY

12

CENTRAL PROSECUTOR'S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES.
INVESTIGATION AGENCY OF THE PROSECUTOR'S OFFICE: C
INVESTIGATION UNIT NO.: 6 NO ARRESTS
SHIFT
INVESTIGATION DOSSIER NO.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUD (MORE THAN 10,000 MINIMUM WAGES) - THROUGH DECEIT OR THE USE OF TREACHERY AN ILLICIT THING OR UNLAWFUL PROFIT IS OBTAINED ON THEIR OWN BENEFIT OR THAT OF A THIRD PARTY

DIRECT
----

OF "ORO NEGRO PRIMUS", PTE. LTD., "ORO NEGRO LAURUS", PTE. LTD., ORO NEGRO FORTIUS", PTE. LTD., "ORO NEGRO DECUS", PTE. LTD. AND, "ORO NEGRO IMPETUS", PTE. LTD., AS PER THE EVIDENCE, AND HAVING CONFIRMED THAT HE HAS A COPY OF THE RECORDS OF THE INVESTIGATION PROVIDED BY HIS DEFENSE ATTORNEY, HE DECLARES:

"Since I requested the application and approval of a plea bargain to the Prosecutor's Office, through a document received on August 22, 2019, two thousand nineteen, and that at that time I still had no access to the investigation records, but before the hearing on September 1, 2019, two thousand and nineteen, I gained access to such documents through my private defense attorney, an in this act I ratify in each of its parts my undated document filed to the Central Prosecutor's Office of Investigation of Financial Crimes, and having acknowledged to be mine the signatures that appear on the right margin of each one of the sheets and at bottom of the last one, because they are in my handwriting and are the signatures I use in all my acts, in where I also stamped the fingerprint of my right thumb on each one of his pages, and in addition to my statements in my letter herein ratified, I inform you that I have essential information for the prosecution of crimes more serious than those of which I stand accused, such as the use of resources for purposes different than those for which the Trust was requested, and I also have knowledge and information that the company PERFORADORA ORO NEGRO S. de R.L. de C.V., having filed bankruptcy under process 345/2017 in the index of the Second District Court of Civil Matters in Mexico City, in November last year, requested an amount of almost 250 million pesos from the assets of the Trust to pay the Added Value Tax owed to the Federal Treasury; however, by instructions of GONZALO GIL WHITE, these resources were not paid in full to the tax authority but used for other purposes. Thus do I prove my willingness to help the Attorney General's Office with the efficient and vital information in my possession for the prosecution of one or more serious crimes in which

[Signature] [Signature]



[Seal that reads:
PROSECUTOR'S GENERAL
OFFICE OF THE FEDERAL
DISTRICT
CENTRAL PROSECUTOR'S
OFFICE FOR THE INVESTIGATION
OF FINANCIAL CRIMES
INVESTIGATION UNIT 6]

12 of 20

GOVERNMENT OF
MEXICO CITY

13

CENTRAL PROSECUTOR'S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES.
INVESTIGATION AGENCY OF THE PROSECUTOR'S OFFICE: C
INVESTIGATION UNIT NO.: 6 NO ARRESTS
SHIFT
INVESTIGATION DOSSIER NO.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUD (MORE THAN 10,000 MINIMUM WAGES) - THROUGH DECEIT OR THE USE OF
TREACHERY AN ILLICIT THING OR UNLAWFUL PROFIT IS OBTAINED ON THEIR
OWN BENEFIT OR THAT OF A THIRD PARTY

DIRECT
----
the general director of ORO NEGRO, GONZALO GIL WHITE could be involved, as is the legal entity PERFORADORA ORO NEGRO S. de R.L. de C.V., to the detriment of the federal treasury, and the estate of "ORO NEGRO PRIMUS", PTE.
LTD., "ORO NEGRO LAURUS", PTE. LTD., ORO NEGRO FORTIUS", PTE. LTD., "ORO NEGRO DECUS", PTE. LTD. AND, "ORO NEGRO IMPETUS", PTE. LTD., that is why, in this act I undertake to appear before you and assist the competent authorities as many times as I am required to provide the information in my possession. Under these conditions, this office can ask me the questions deemed necessary to clarify what has already been said." The acting staff then proceeded to ask questions questions, which are as follows:

FIRST. Regarding the statement in page number 6 six, paragraph three of your written statement, please specify how Oro Negro accepted the reduction and adjustment of the rates that as you referred were agreed at $116,300.00 one hundred sixteen thousand dollars 00/100 legal tender of the United States of America, every day per platform in August 2017 two thousand seventeen. ANSWER.- "Mr. GONZALO GIL WHITE accepted that amount at a meeting at PEMEX on August 9, 2017 two thousand seventeen, where GONZALO GIL WHITE, MIGUEL ÁNGEL VILLEGAS VARGAS and I were present, as were by PEMEX, Messrs. MIGUEL ÁNGEL SERVIN DIAGO, CARLOS A. TREVIÑO MEDINA AND MIGUEL A. LUGO VALDEZ, however, as I already stated in my letter GONZALO GIL WHITE, recommended to the council to file the bankruptcy of PERFORADORA ORO NEGRO S. de R.L. de C.V. without giving any prior notice to PEMEX or the creditors of the Oro Negro group so as not to pay their creditors, and to continue charging the rent to PEMEX for the duration of the provisional remedy requested in the filing of bankruptcy, and which was subsequently decreed. To demonstrate the negotiations with PEMEX with Oro Negro and the acceptance of PEMEX's proposal, I present: 1. A copy of the proposal sent by PEMEX to PERFORADORA ORO NEGRO S. de RL de CV dated July 6, 2017, two thousand seventeen, signed by Arturo Alfredo Musalem Solis, Manager of Contracts for Exploitation and Drilling Services, Coordinator of the Working Group of Negotiations of PEMEX, and received by me

[Signature]
[Signature]



13 of 20

[Seal that reads:
PROSECUTOR'S GENERAL
OFFICE OF THE FEDERAL
DISTRICT
CENTRAL PROSECUTOR'S
OFFICE FOR THE INVESTIGATION
OF FINANCIAL CRIMES
INVESTIGATION UNIT 6]

GOVERNMENT OF MEXICO CITY

14

CENTRAL PROSECUTOR'S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES.
INVESTIGATION AGENCY OF THE PROSECUTOR'S OFFICE: C
INVESTIGATION UNIT NO.: 6 NO ARRESTS
SHIFT
INVESTIGATION DOSSIER NO.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUD (MORE THAN 10,000 MINIMUM WAGES) - THROUGH DECEIT OR THE USE OF TREACHERY AN ILLICIT THING OR UNLAWFUL PROFIT IS OBTAINED ON THEIR OWN BENEFIT OR THAT OF A THIRD PARTY

DIRECT
----

as legal representative of PERFORADORA ORO NEGRO S. de R.L. de C.V., of which I should clarify that the original of said document is in the offices of PERFORADORA ORO NEGRO S. de RL de CV, however the original acknowledgment of receipt must be found in PEMEX's files; 2. Copy of a letter in 2 two pages, dated August 11, 2017, two thousand seventeen, signed by me as representative of PERFORADORA ORO NEGRO S. de R.L. de C.V., whereby the proposal submitted by PEMEX was accepted; I should clarify that the original acknowledgment of said document is in the offices of PERFORADORA ORO NEGRO S. de R.L. de C.V., but the original of said document must be found in PEMEX's files; and 3. Copy of the official document OCAS-DOPA-CPAEP-GCSEP-479-2017 dated September 20, 2017, two thousand seventeen, signed by Arturo Alfredo Musalem Solis, Manager of Contracts for Exploitation and Drilling Services of PEMEX, which served to send to PERFORADORA ORO NEGRO S. de RL de CV the agreements from the negotiations carried out by the parties; it should be clarified that the original of said document is in the offices of PERFORADORA ORO NEGRO S. de R.L. de C.V., however the original acknowledgment of the same document must be found in PEMEX's files". SECOND. Regarding the last paragraph of page number 07 seven of your statement, who knew that when filing for the bankruptcy you mentioned, they would lose legal authorization to continue managing the assets of the companies you refer to. ANSWER: I refer to Mr. GONZALO GIL WHITE and JOSÉ ANTONIO CAÑEDO WHITE. THIRD.- Regarding your statement in the second paragraph of page 8 eight, on the defense strategy that you mentioned was put in place with the information that was obtained through Informative Declarations of Operations with Third Parties, please say if this fact was also known by the lawyers in New York and if they were involved in this defense strategy ANSWER.- Yes, some of the lawyers in the QUINN EMANUEL URQUHART & SULLIVAN, LLP. Firm were informed and I think they have used such defense strategy, arguing that there was false or fabricated evidence. FOUR.- Regarding your statement in the first paragraph

[Signature] [Signature]



[Seal that reads:
PROSECUTOR'S GENERAL
OFFICE OF THE FEDERAL
DISTRICT
CENTRAL PROSECUTOR'S
OFFICE FOR THE INVESTIGATION
OF FINANCIAL CRIMES
INVESTIGATION UNIT 6]

14 of 20

GOVERNMENT OF MEXICO CITY

15

CENTRAL PROSECUTOR'S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES.
INVESTIGATION AGENCY OF THE PROSECUTOR'S OFFICE: C
INVESTIGATION UNIT NO.: 6 NO ARRESTS
SHIFT
INVESTIGATION DOSSIER NO.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUD (MORE THAN 10,000 MINIMUM WAGES) - THROUGH DECEIT OR THE USE OF TREACHERY AN ILLICIT THING OR UNLAWFUL PROFIT IS OBTAINED ON THEIR OWN BENEFIT OR THAT OF A THIRD PARTY

DIRECT
----

of page 7 seven in your statement, please say if during the time you were working for GRUPO ORO NEGRO, under the direction of GONZALO GIL WHITE, you had direct knowledge of any detail, information or indication that any PEMEX official or anyone from the Mexican government, whether federal or local, including Public Prosecutors, Judges or any other official, have colluded at any time with the creditors of GRUPO ORO NEGRO to directly or indirectly harm the oil rig business. ANSWER.- NO. FIVE. Please say if at any time you had direct knowledge of any act of corruption or bribery by Mexican authorities and/or by the law firms representing the Oro Negro creditors? ANSWER.- No, never. SIX. Regarding the statement made at the beginning of the interview, when you stated that you have information regarding the use of resources for purposes different from those for which they were requested from the Trust, what facts do you refer to? ANSWER.- I know, because of my position as Chief Legal Officer of PERFORADORA ORO NEGRO S. de R.L. de C.V., that within the bankruptcy file 345/2017 of the index of the Second District Court of Civil Matters in Mexico City, in November last year, said company requested an amount close to $250,000,000.00 two hundred and fifty million pesos 00/100 National Currency, from the trust accounts to pay the Value Added Tax owed. However, on the instructions of GONZALO GIL WHITE, these resources were not used to be paid to the federal treasury but were arranged for other purposes. SEVEN. Following on your the previous answer, please say if you know for what purpose PERFORADORA ORO NEGRO S. de RL de CV, requested resources of the Trust for an amount close to $250,000,000.00 two hundred and fifty million pesos 00/100 National Currency in November 2018 two thousand eighteen from the bankruptcy file 345/2018 in the index of the Second District Court of Civil Matters in Mexico City,? ANSWER. I am aware that PERFORADORA ORO NEGRO S. de R.L. de C.V., from the bankruptcy file 345/2017 in the index of the Second District Court of Civil Matters in

[Signature]

[Signature]



[Seal that reads:
PROSECUTOR'S GENERAL
OFFICE OF THE FEDERAL
DISTRICT
CENTRAL PROSECUTOR S
OFFICE FOR THE INVESTIGATION
OF FINANCIAL CRIMES
INVESTIGATION UNIT 6]

18 of 20

GOVERNMENT OF MEXICO CITY

16

CENTRAL PROSECUTOR'S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES.
INVESTIGATION AGENCY OF THE PROSECUTOR'S OFFICE: C
INVESTIGATION UNIT NO.: 6 NO ARRESTS
SHIFT
INVESTIGATION DOSSIER NO.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
FRAUD (MORE THAN 10,000 MINIMUM WAGES) - THROUGH DECEIT OR THE USE OF TREACHERY AN ILLICIT THING OR UNLAWFUL PROFIT IS OBTAINED ON THEIR OWN BENEFIT OR THAT OF A THIRD PARTY

DIRECT
----

Mexico City, in November last year, requested an amount close to 250 million pesos from the trust accounts to pay the Value Added Tax due. However, on the instructions of GONZALO GIL WHITE, these resources were not used to be paid to the federal treasury but were used for other purposes, of which I am aware because of my position as Chief Legal Officer of PERFORADORA ORO NEGRO S. de R.L. of C.V. EIGHT. Please say if you know where did the resources you mentioned in your two previous answers given to PERFORADORA ORO NEGRO S. de RL de CV go? ANSWER. To an account of PERFORADORA ORO NEGRO S. de R.L. de C.V., in the United States of America, apparently of the US BANK. NINE. Please say, if you know, if there were resources in the accounts of ORO NEGRO DRILLING PTE. LTD., at the time the default event occurred? ANSWER. Yes, I know there were approximately $19,000,000.00 nineteen million dollars 00/100 Currency of the United States of America, in the accounts, as I was informed from my position as Chief Legal Officer of GRUPO ORO NEGRO. NINE. Please say, if you know, where was sent the money in the accounts of ORO NEGRO DRILLING PTE. LTD, after the default occurred and on whose instructions? ANSWER. To an account of PERFORADORA ORO NEGRO S. de R.L. de C.V. Following orders from GONZALO GIL WHITE, probably to an account in Mexico, because at that time, I do not remember that there were foreign accounts of PERFORADORA ORO NEGRO S. de R.L. of C.V. Finally, it is my desire to state that I DO NOT have direct knowledge about the existence of acts of corruption among other competitors of ORO NEGRO and PEMEX to take ORO NEGRO from the market or affect the contracts it had with said state-owned productive company, which I understand served as the basis for the lawsuit of the American shareholders of the company in terms of the Free Trade Agreement, because as I have stated I had the position of Chief Legal Officer of GRUPO ORO NEGRO. I should not forget to mention that as regards the reparation of the damage to be favored by a plea bargain, the offended have already received reparation. THIS IS ALL I WANT TO STATE."

[Signature]

[Signature]



[Seal that reads:
PROSECUTOR'S GENERAL OFFICE OF THE FEDERAL DISTRICT
CENTRAL PROSECUTOR'S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES INVESTIGATION UNIT 6]

16 of 20



 GOVERNMENT OF MEXICO CITY

17

CENTRAL PROSECUTOR'S OFFICE FOR THE INVESTIGATION OF FINANCIAL CRIMES.
INVESTIGATION AGENCY OF THE PROSECUTOR'S OFFICE: C
INVESTIGATION UNIT NO.: 6 NO ARRESTS
SHIFT
INVESTIGATION DOSSIER NO.:
CI-FDF/T/UI-1 S/D/00787/09-2018.
 FRAUD (MORE THAN 10,000 MINIMUM WAGES) - THROUGH DECEIT OR THE USE OF TREACHERY AN ILLICIT THING OR UNLAWFUL PROFIT IS OBTAINED ON THEIR OWN BENEFIT OR THAT OF A THIRD PARTY

DIRECT
----

That is all he wants to state. Based on article 1 of the Political Constitution of the United Mexican States; and 15 of National Code of Criminal Procedures, he states that it is NOT his desire to answer statistical questions, so he gave NO ANSWER about smoking commercial tobacco, NO ANSWER of whether he drinks alcohol, NO ANSWER of whether he uses drugs or any other substances, NO ANSWER to whether he has a nickname, NO ANSWER, NO ANSWER to whether he has tattoos, NO ANSWER to his monthly salary, NO ANSWER, his WIFE AND THREE CHILDREN depend on him; finally he states that this declaration was rendered without any physical or moral pressure and in the presence of his defense lawyer, which after reading, THE ACCUSED SIGNED AT THE MARGIN OF THE PAGE

[Signature]

Agent of the Public Prosecutor's Office

Mr. Andrés Maximino Pérez Hicks

[Signature]





[Seal that reads:
PROSECUTOR'S GENERAL
OFFICE OF THE FEDERAL
DISTRICT
CENTRAL PROSECUTOR'S
OFFICE FOR THE INVESTIGATION
OF FINANCIAL CRIMES
INVESTIGATION UNIT 6]

[Signature]

**JAIME SALVADOR GARCÍA GONZÁLEZ**
Attorney at Law/ Federal Public Attester Number 61 of Mexico City
Certified Private Mediator Number 253 of Mexico City
&
Official Translator of English-Spanish of the Superior Court of Justice of Mexico City
Dakota 204 Despacho 104
Nápoles
Benito Juárez
03810, Mexico City
☎ 55-55-36-76-84
55-55-43-84-52
55-52-05-95-43
55-11-07-60-47
info@formatuempresa.com.mx
www.formatuempresa.com.mx

---------- Certification ----------

---------- Translation ----------

---------- 1,841/2019 (one thousand eight hundred forty one/two-thousand nineteen) ----------

---------- Mexico City, September 10, 2019. ----------

---------- Jaime Salvador García González, Attorney at Law/ Federal Public Attester number 61 (sixty one) of Mexico City & Official Spanish-English Translator of the Superior Court of Justice of the México City (according to the publication made on page forty eight, Notice Section, of the *Boletín Judicial* (*Judicial Bulletin*) of the Superior Court of Justice of the Mexico City of March 23, 2018), acting as Spanish-English Translator, certify the following: ----------

---------- That the present translation from **Spanish to English**, is true and complete to the best of my knowledge. ----------

Jaime Salvador García González
Attorney at Law/ Federal Public Attester Number 61 (sixty one) of Mexico City
&
Official Translator of English-Spanish of the Superior Court of Justice of Mexico City

**JAIME SALVADOR GARCÍA GONZÁLEZ**
Corredor Publico 61 de la Ciudad de México / Mediador Privado Certificado 253 de la Ciudad de México
Traductor Inglés Español
Dakota 204 Despacho 104
(Casi esq con Filadelfia, a lado del WTC)
Nápoles
Benito Juárez
03810, Ciudad de México
☎ 55-55-36-76-84
55-55-43-84-52
55-52-05-95-43
55-11-07-60-47
info@formatuempresa com mx
www formatuempresa com mx

---------------------------- Certificación ----------------------------

---------------------------- Traducción ----------------------------

---------- 1,841/2019 (mil ochocientos cuarenta y uno/dos mil diecinueve) ----------

-------- Ciudad de México, a diez de septiembre del dos mil diecinueve --------

-------- Jaime Salvador García González, Corredor Publico numero sesenta y uno de la Ciudad de Mexico y Perito Traductor Inglés-Español, Auxiliar de la Administracion de Justicia del Tribunal Superior de Justicia de la Ciudad de México (segun consta mediante publicacion realizada en la pagina cuarenta y ocho, Seccion de Avisos, del *Boletin Judicial del Tribunal Superior de Justicia de la Ciudad de Mexico* del veintitres de marzo del dos mil dieciocho), en ejercicio de mi caracter de Perito Traductor, certifico y hago constar lo siguiente ----------

-------- Que la presente traducción del Idioma **Español al Inglés**, es fiel y completa a mi leal saber y entender del original que tuve a la vista ----------

Jaime Salvador García González
Corredor Público número sesenta y uno de la Ciudad de México
y
Perito Traductor Ingles-Español del Tribunal Superior de Justicia de la Ciudad de México