**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> PERFORADORA ORO NEGO, S DE R.L. DE C.V., *et al.* <br><br> Debtors in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 18-11094 (SCC) <br> (Jointly Administered) |
| FERNANDO PEREZ-CORREA IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.; JOSE ANTONIO CAÑEDO-WHITE; CARLOS WILLIAMSON-NASI; GONZALO GIL-WHITE; AND MIGUEL ÁNGEL VILLEGAS-VARGAS <br><br> Plaintiffs, <br><br> - against – <br><br> ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; GHL INVESTMENTS (EUROPE) LTD.; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100 <br><br> Defendants. | Adv. Pro. No. 19-01360 (SCC) |

**[PROPOSED] ORDER GRANTING BONDHOLDER DEFENDANTS'**
**MOTION TO DISMISS THE COMPLAINT**

Upon consideration of the Motion to Dismiss the Complaint (the "Motion") of Asia Research and Capital Management Ltd., GHL Investments (Europe) Ltd., and Ship Finance International Ltd. (collectively, the "Bondholder Defendants"), and all other papers filed by the parties in support of and in opposition to the Bondholder Defendants' Motion,

IT IS HEREBY ORDERED that Bondholder Defendants' Motion to Dismiss the Complaint is GRANTED.

Dated: _____
New York, New York

_____
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE