**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGO, S DE R.L. DE C.V., *et al.* | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| FERNANDO PEREZ-CORREA IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.; JOSE ANTONIO CAÑEDO-WHITE; CARLOS WILLIAMSON-NASI; GONZALO GIL-WHITE; AND MIGUEL ÁNGEL VILLEGAS-VARGAS | Adv. Pro. No. 19-01360 (SCC) |
| Plaintiffs, | |
| - against – | |
| ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; GHL INVESTMENTS (EUROPE) LTD.; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100 | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, William A. Clareman, hereby affirm, under penalty of perjury, that copies of the foregoing (1) Bondholders' Notice and Motion to Dismiss the Complaint, and (2) Declaration of William A. Clareman and accompanying Exhibits have been duly served this 31st day of October 2019, and were transmitted via the court's CM-ECF system upon the following:

>Juan P. Morillo
>Quinn Emanuel Urquhart & Sullivan LLP
>1300 I Street NW, Suite 900
>Washington, D.C. 20005
>juanmorillo@quinnemanuel.com

>*Counsel for the Plaintiffs*

Dated: October 31, 2019           /s/ *William A. Clareman*
       New York, New York        William A. Clareman
                                 1285 Avenue of the Americas
                                 New York, NY 10019
                                 Telephone: (212) 373-3000
                                 Facsimile: (212) 757-3990
                                 wclareman@paulweiss.com