# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 3/4/2020 |
| Case: 19−01360−scc | Form ID: 143 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Fernando Perez−Correa |
| pla | Jose Antonio Canedo−White |
| pla | Carlos Williamson−Nasi |
| pla | Gonzalo Gil−White |
| pla | Miguel Angel Villegas−Vargas |
| dft | Asia Research and Capital Management Ltd. |
| dft | GHL Investments (Europe) Ltd. |
| dft | Oro Negro Primus Pte., Ltd. |
| dft | Oro Negro Laurus Pte., Ltd. |
| dft | Oro Negro Fortius Pte., Ltd. |
| dft | Oro Negro Decus Pte., Ltd. |
| dft | Oro Negro Impetus Pte., Ltd. |
| dft | Ship Finance International Ltd. |
| dft | Does 100 |
| intp | Jose Gerardo Badin |

TOTAL: 15

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Gabriel Fernando Soledad | gabrielsoledad@quinnemanuel.com |
| aty | Shmuel Vasser | shmuel.vasser@dechert.com |
| aty | William Clareman | wclareman@paulweiss.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| smg | N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719 |
| smg | New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| ust | United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |

TOTAL: 5