**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Perez–Correa et al v. Asia Research and Capital Management Ltd. et al     CASE NO.: 19–01360–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 0

---

# NOTICE OF HEARING

Please take notice that a status conference will be held in the above captioned case on March 9, 2020 at 10:00 a.m. in courtroom 623.

Thank you

Dated: March 4, 2020                                Vito Genna
                                                    Clerk of the Court

United States Bankruptcy Court
Southern District of New York

Perez-Correa,
    Plaintiff

Adv. Proc. No. 19-01360-scc

Asia Research and Capital Management Ltd,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1      User:      Page 1 of 2      Date Rcvd: Mar 04, 2020
                       Form ID: 143    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
```
smg             N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY   12201-0551
smg             New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                  Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY   11201-3719
smg            +United States Attorney's Office,   Southern District of New York,
                  Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Mar 04 2020 19:47:32
                  New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
                  Albany, NY   12205-0300
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Mar 04 2020 19:47:10     United States Trustee,
                  Office of the United States Trustee,   U.S. Federal Office Building,
                  201 Varick Street, Room 1006,   New York, NY 10014-7016
                                                                                             TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft             Asia Research and Capital Management Ltd.
pla             Carlos Williamson-Nasi
dft             Does 100
pla             Fernando Perez-Correa
dft             GHL Investments (Europe) Ltd.
pla             Gonzalo Gil-White
pla             Jose Antonio Canedo-White
intp            Jose Gerardo Badin
pla             Miguel Angel Villegas-Vargas
dft             Oro Negro Decus Pte., Ltd.
dft             Oro Negro Fortius Pte., Ltd.
dft             Oro Negro Impetus Pte., Ltd.
dft             Oro Negro Laurus Pte., Ltd.
dft             Oro Negro Primus Pte., Ltd.
dft             Ship Finance International Ltd.
                                                                               TOTALS: 15, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:
```
          Gabriel Fernando Soledad    on behalf of Plaintiff Fernando  Perez-Correa
            gabrielsoledad@quinnemanuel.com,   gabbytrevino@quinnemanuel.com
          Gabriel Fernando Soledad    on behalf of Plaintiff Gonzalo  Gil-White
            gabrielsoledad@quinnemanuel.com,   gabbytrevino@quinnemanuel.com
          Gabriel Fernando Soledad    on behalf of Plaintiff Jose Antonio Canedo-White
            gabrielsoledad@quinnemanuel.com,   gabbytrevino@quinnemanuel.com
          Gabriel Fernando Soledad    on behalf of Plaintiff Carlos  Williamson-Nasi
            gabrielsoledad@quinnemanuel.com,   gabbytrevino@quinnemanuel.com
          Gabriel Fernando Soledad    on behalf of Plaintiff Miguel Angel Villegas-Vargas
            gabrielsoledad@quinnemanuel.com,   gabbytrevino@quinnemanuel.com
          Shmuel  Vasser    on behalf of Defendant   Oro Negro Impetus Pte., Ltd. shmuel.vasser@dechert.com,
            nycmanagingclerks@dechert.com,brett.stone@dechert.com
          Shmuel  Vasser    on behalf of Defendant   Oro Negro Decus Pte., Ltd. shmuel.vasser@dechert.com,
            nycmanagingclerks@dechert.com,brett.stone@dechert.com
```

```
District/off: 0208-1           User:                    Page 2 of 2              Date Rcvd: Mar 04, 2020
                               Form ID: 143             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Shmuel   Vasser    on behalf of Defendant    Oro Negro Primus Pte., Ltd. shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
          Shmuel   Vasser    on behalf of Defendant    Oro Negro Fortius Pte., Ltd. shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
          Shmuel   Vasser    on behalf of Defendant    Oro Negro Laurus Pte., Ltd. shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
          William   Clareman    on behalf of Defendant    Oro Negro Fortius Pte., Ltd. wclareman@paulweiss.com
          William   Clareman    on behalf of Defendant    Asia Research and Capital Management Ltd. wclareman@paulweiss.com
          William   Clareman    on behalf of Defendant    Oro Negro Decus Pte., Ltd. wclareman@paulweiss.com
          William   Clareman    on behalf of Defendant    Oro Negro Primus Pte., Ltd. wclareman@paulweiss.com
          William   Clareman    on behalf of Defendant    GHL Investments (Europe) Ltd. wclareman@paulweiss.com
          William   Clareman    on behalf of Defendant    Oro Negro Laurus Pte., Ltd. wclareman@paulweiss.com
          William   Clareman    on behalf of Defendant    Oro Negro Impetus Pte., Ltd. wclareman@paulweiss.com
          William   Clareman    on behalf of Defendant    Ship Finance International Ltd. wclareman@paulweiss.com
          William   Clareman    on behalf of Defendant    Does 100 wclareman@paulweiss.com

                                                                                           TOTAL: 19